PER CURIAM:

Craig L. Crawford, appointed counsel for Mark Brown in this direct criminal appeal, has moved to withdraw from further representation of the appellant and filed a brief pursuant to *Anders v. California*, 386 U.S. 738, 87 S.Ct. 1396, 18 L.Ed.2d 493 (1967). Our independent review of the entire record reveals that counsel's assessment of the relative merit of the appeal is correct. Because independent examination of the entire record reveals no arguable issues of merit, counsel's motion to withdraw is **GRANTED,** and Brown's convictions and sentences are **AFFIRMED.**

Before CARNES, WILSON and FAY, Circuit Judges.

PER CURIAM:

Gary Kollin, appointed counsel for Garfield Birmingham, has filed a motion to withdraw on appeal, supported by a brief prepared pursuant to *Anders v. California*, 386 U.S. 738, 87 S.Ct. 1396, 18 L.Ed.2d 493 (1967). Our independent review of the entire record reveals that counsel's assessment of the relative merit of the appeal is correct. Because independent examination of the entire record reveals no arguable issues of merit, counsel's motion to withdraw is **GRANTED,** and Birmingham's conviction and sentence are **AFFIRMED.**

**UNITED STATES of America, Plaintiff–Appellee,**

v.

**Garfield BIRMINGHAM, Defendant–Appellant.**

No. 11–14228

Non–Argument Calendar.

United States Court of Appeals, Eleventh Circuit.

July 25, 2012.

Kimberly Dunn Abel, U.S. Attorney's Office, West Palm Beach, FL, Wifredo A. Ferrer, Anne Ruth Schultz, U.S. Attorney's Office, Miami, FL, for Plaintiff–Appellee.

Garfield Birmingham, FCI Edgefield, Edgefield, SC, for Defendant–Appellant.

**JENNINGS CONSTRUCTION SERVICES CORPORATION, a Florida corporation, Plaintiff–Appellant,**

v.

**ACE AMERICAN INSURANCE COMPANY, d.b.a. ACE Advantage Professional Liability Company, Defendant–Appellee.**

No. 12–10769

Non–Argument Calendar.

United States Court of Appeals, Eleventh Circuit.

July 27, 2012.

Marcus G. Valantasis, Cvercko & Valantasis, PLLC, Orlando, FL, for Plaintiff–Appellant.